In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00104-CR
_____

NORMAN KENT ADAMS II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 11-04-03885 CR

ORDER

The clerk's record in the above styled and numbered cause was filed April 3, 2012, and the reporter's record was filed September 18, 2012. On January 16, 2013, the appellant's retained attorney, R. Scott Shearer, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief had been filed. *See* Tex. R. App. P. 38.8(b)(2). On February 19, 2013, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." Although the brief of the appellant was due to be filed March 19, 2013, the brief has not been filed.

1

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed and whether good cause exists to determine that retained counsel has abandoned the appeal or is for some reason either unwilling or incapable of performing as counsel. If the trial court determines that retained counsel has abandoned the appeal, we direct the trial court to determine whether appellant is indigent and whether counsel should be appointed for the appeal. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012).

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before May 20, 2013.

ORDER ENTERED April 18, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2